RECEIVED

JAN 3 0 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GAYLE A. WATSON | CASE NO. CV06-294 |
| VERSUS | JUDGE RICHARD T. HAIK |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's previous administrative decision is REVERSED and this action is REMANDED to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] This includes, but does not limit,

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

sending the case to the hearing level with instructions to the Administrative Law Judge to evaluate the opinions of claimant's treating physicians under *Myers v. Apfel*, 238 F.3d 617 (5th Cir. 2001), and *Newton v. Apfel*, 209 F.3d 448 (5th Cir. 2000), as well as to consider the side effects from claimant's medications. Claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

IT IS SO ORDERED, Lafayette, Louisiana, this 26th day of January, 2007.

Chief Judge Richard T. Haik, Sr.
United States District Court
Western District of Louisiana

COPY SENT:
DATE: 1/30/07
BY: CW
TO: KTH
gb